UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICKEY WAYNE SESSIONS<br><br>　　　　　Defendant. | )<br>)　2:04-CR-387-LRH-GWF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

　　　　The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#81) on December 19, 2006.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

　　　　**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

　　　　Name of Payee: KEITH OWEN DAVIS
　　　　Amount of Restitution: $10,000.00

　　　　Name of Payee: ZANE LEON GRIFFIN
　　　　Amount of Restitution: $25,000.00

　　　　Name of Payee: DORIS BERZANSKI
　　　　Amount of Restitution: $107,000.00

　　　　Name of Payee: ROBERT DARDIS
　　　　Amount of Restitution: $30,000.00

　　　　Name of Payee: JAMES AND IRENE GOLFF
　　　　Amount of Restitution: $30,000.00

Name of Payee: BYRON W. CHERRY
Amount of Restitution: $300.00

**Total Amount of Restitution ordered:** $202,300.00**

** $167,300 is Joint and Several with co-defendants Scott Edward Lynch and Charles Edward Lynch

Dated this ___14th___ day of December, 2016.

                                                                                UNITED STATES DISTRICT JUDGE